Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING INC; SIDNEY NAIMAN; WILLIAM LOFTUS; TERRY FABRICANT; and LOUIS FLOYD,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**HIT SQUAD MARKETING LLC**; DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No. 4:21-cv-07764-DMR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss the entire case without prejudice. Defendant has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no

class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

    RESPECTFULLY SUBMITTED this 29th day of December, 2021.

               By:    s/Todd M. Friedman
                       Todd M. Friedman, Esq.
                       Law Offices of Todd M. Friedman, P.C.
                       Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

Filed electronically on this 29th day of December, 2021, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 29th day of December, 2021, via the ECF system to all interested parties

This 29th day of December, 2021.

By: s/Todd M. Friedman
    Todd M. Friedman